NUMBER
13-09-00410-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE MATTER OF
DOLORES ORTIZ AGUILAR

AND JOSE LUIS AGUILAR
AND IN THE INTEREST

OF J.L.A., JR. AND
A.A.A., CHILDREN

____________________________________________________________

 

                           On
appeal from the 343rd District Court 

                                          of
Bee County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

      Before Chief
Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Jose Luis Aguilar, pro se perfected an appeal from a judgment entered by
the 343rd District Court of Bee County, Texas, in cause number B-08-1001-CV-C. 
Appellant has filed a motion stating the trial court’s judgment constitutes no
appealable issues.  Appellant requests permission to withdraw his appeal.  

The
Court construes appellant’s motion as a motion to dismiss the appeal.  The
Court, having considered the documents on file and appellant’s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the

27th day of May, 2010.